IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    v.

CHARLES KRIS PALMER,

    Defendant.

03-CR-132-A

### SUPPLEMENTAL NOTICE OF MOTION AND MOTION FOR DOWNWARD DEPARTURE

**PLEASE TAKE NOTICE** that, upon the annexed sealed affidavit, the undersigned will, on July 13, 2005, at 1:00 p.m., move this Court, at Part II of the U.S. Courthouse, Buffalo, New York, for a downward departure from the Sentencing Guideline range otherwise applicable to the defendant in order to reflect his substantial assistance in the investigation and prosecution of other persons, pursuant to Sentencing Guideline §5K1.1 and Title 18, United States Code, Section 3553(e).

    DATED: Buffalo, New York, June 17, 2005.

                        KATHLEEN M. MEHLTRETTER
                        Acting United States Attorney

              BY:    S/JAMES P. KENNEDY, JR.
                    Assistant United States Attorney
                    United States Attorney's Office
                    Western District of New York
                    138 Delaware Avenue
                    Buffalo, New York 14202
                    (716) 843-5700, ext. 892
                    jp.kennedy@usdoj.gov

TO:    Herbert L. Greenman, Esq.
       United States Probation Department
         Attn: Michael J. Quarantillo, U.S. Probation Officer